MICHAEL DONNELLY, Respondent, *v.* PATRICK J.
McARDLE, Appellant.

Reported below, 152 App. Div. 805.
(Submitted January 6, 1913; decided January 14, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judi-

cial department, entered October 31, 1912, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to dissolve a partnership and for an accounting.

The motion was made upon the ground that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence and that the exceptions were frivolous.

*James W. Osborne* for motion.

*Andrew J. Nellis* opposed.

Motion denied, with ten dollars costs.